## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEAR

07cv6445
JUDGE NORGLE
MAG. JUDGE BROWN

NOTE: In order to appear before this Court an atto[rney must be a member in good] standing of this Court's general bar or be granted le[ave to appear pro hac vice as provided for] by Local Rules 83.12 through 83.14.

Case N[umber]

In the Matter of

Parminder Singh v. U.S. Citizenship and Immigration Services
Ruth Dorochoff, District Director of USCIS Chicago, Department of
Homeland Security, Michael Chertoff, Secretary of the Department of
Homeland Security, Federal Bureau of of Investigation, Robert S. Mueller,
III, Director of the Federal Bureau of Investigation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Parminder Singh
A73 163 690

**FILED**
JN
NOV 1 4 2007
11-14-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Sakina Carbide |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| Law Office of Sakina Carbide |

| STREET ADDRESS |
|---|
| 2315 W. Devon Avenue, 2nd Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60659 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| IL 6224620 | 773 465 2378 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐