AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Parminder Singh
A73 163 690

CASE NUMBER: **07C 6445**

V.

ASSIGNED JUDGE: **JUDGE NORGLE**

U.S. Citizenship and Immigration Services

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE
GERALDINE SOAT BROWN

TO: (Name and address of Defendant)

Michael Chertoff
USCIS Office of the General Counsel
United States Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sauna Carbide
2315 W. Devon #2
Chgo IL 60659

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 19 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 11/20/07 |
| NAME OF SERVER (PRINT)  Sakina Carbide | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: **USCIS Office of the General Counsel**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

FEB 21 2008
FILED
J.N
FEB 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  DHL | TOTAL  $25.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/20/07     *Sakina Carbide*
            Date            Signature of Server

2315 Co. Devon Ave, Chicago IL 60659
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Date:       Feb 14, 2008
To:         SAKINA CARBIDE LAW

## SIGNATURE PROOF OF DELIVERY

**Tracking Number:**   75714546843

**Shipment Summary:**

Shipped on:        11/26/07
Delivered on:      11/29/07 11:08 am
Delivered to:      Receptionist
Signed for by:     D SINGLETON
Pieces:            1

**Signature:**

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

**Receiver:**

USCIS OFFICE OF THE GENER
Washington, DC 20528

Choose DHL for guaranteed delivery of all your important documents and packages!

DHL Customer Service
P.O. Box 662
Seattle, WA 98111-0662
www.dhl.com

This information is provided subject to DHL tariffs, service guide, and privacy policy.