UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARMINDER SINGH,              )<br>                                              )<br>           Plaintiff,             )<br>                                              )<br>      v.                                  )<br>                                              )<br>UNITED STATES CITIZENSHIP AND  )<br>IMMIGRATION SERVICES, *et al.*,   )<br>                                              )<br>           Defendants.          ) | No.   07 C 6445<br><br>Judge Norgle |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Ernest Y. Ling
    ERNEST Y. LING
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5870
    ernest.ling@usdoj.gov