# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Parminder Singh

**PLAINTIFF**

VS.

USCIS, et al

**DEFENDANT**

CASE NO. _07 C6445_

# FILED

JUN 1 7 2008  T C
Jun 17, 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## NOTICE OF MOTION

TO: _See proof of Service_

On _June 20_, _2008_ at _9:30_ a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable _Judge Presiding_ in Courtroom _2341_ at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present _the attached motion for Summary Judgment_

Name _Sakina Carbide_

Address _2315 W. Devon #2_

City / Zip _Chgo 60659_

Telephone _773-465-2372_

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the _____ day of _____,

I served a copy of this notice to each person whom it is directed by way of _____

_____

SIGNATURE / CERTIFICATION                                      DATE