UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARMINDER SINGH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CITIZENSHIP AND )<br>IMMIGRATION SERVICES, *et al.*, )<br>)<br>Defendants. ) | No.   07 C 6445<br><br>Judge Norgle |

### NOTICE OF MOTION

To:  Sakina Carbide
 Law Office of Sakina Carbide
 2315 W. Devon Avenue
 2nd Floor
 Chicago, Illinois 60659

PLEASE TAKE NOTICE that on Friday, June 20, 2008 at 10:30 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Norgle in the courtroom occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**Federal Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment and For Leave to File Answer to Complaint**

in the above-captioned case, at which time and place you may appear if you see fit.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    By: s/Ernest Y. Ling
        ERNEST Y. LING
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-5870

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following Document:

**Notice of Motion and Federal Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment and For Leave to File Answer to Complaint**

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on June 18, 2008, to the following non-ECF filers:

Sakina Carbide
Law Office of Sakina Carbide
2315 W. Devon Avenue
2nd Floor
Chicago, Illinois 60659

s/ Ernest Y. Ling
ERNEST Y. LING
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5870
ernest.ling@usdoj.gov