Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6445 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Singh vs. U.S. Citizenship and Immigration Services | | |

**DOCKET ENTRY TEXT**

Defendants' motion to strike Plaintiff's motion for summary judgment and for leave to file an answer to the complaint [15] is taken under advisement. The Court hereby directs the parties to brief the issue of the District Court's jurisdiction to adjudicate this matter. See the Court's Order of 5/27/08 entered in Miroshnichenko v. Blackwood, No. 08 C 0293 and the cases cited therein. The parties need not appear before the Court on Friday, June 20, 2008.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | EF |
|---|---|---|